**DATE: 12/12/2013**
**BEFORE: MATSUMOTO U.S.D.J.**               **TIME: 10:00AM**

**CRIMINAL CAUSE FOR SENTENCING**

**11CR297 (KAM) U.S. v. HERNANDEZ et al.**

**DEFT NAME: Irma Rodriguez-Yanez**- CUSTODY
✔ present    ☐ not present    ✔ custody    ☐ bail

**DEFENSE COUNSEL: Royce Russell**
✔ present    ☐ not present    ✔ CJA    ☐ retained    ☐ Federal Defender

**A.U.S.A:** Taryn Merkl & Soumya Dayananda          **Spanish Int**: Selva Nebbia

**Court Reporter:** Sherrie Bryant          **Deputy:** Sandra Jackson/ Reed Keefe

- ✔ CASE CALLED.          ✔ DEFENDANT SWORN
- ✔ SENTENCING HELD.     ✔ STATEMENTS OF COUNSEL AND DEFENDANT HEARD
- ✔ COURT FIND FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.
- ✔ DEFT SENTENCED ON COUNT **TWO** OF THE **THIRD SUPERSEDING INDICTMENT**

**IMPRISONMENT:** Thirty-Six (36) months, with credit for time served since arrest on April 29, 2011.

The Court respectfully recommends that the BOP provide defendant with mental health counseling, in addition to any educational or vocational training.

$100    **Special Assessment**    $0  Fine    $163,225  Restitution

☐ EXECUTION OF SENTENCE IS STAYED TO _____.

☐ NO REMAINING OPEN COUNTS

✔ COUNTS **1, 8-10, 18-22** ARE DISMISSED ON
         ✔ GOVT'S MOTION    ☐ COURT'S MOTION

✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.      ☐ I.F.P. GRANTED

☐ DEFT REMANDED.

✔ [ICE DETAINER]

☐ DEFT ON BAIL PENDING APPEAL.

✔ GOVT SHALL ARRANGE TO HAVE DEFT'S PROPERTY RETURNED IF ANY.

✔TRANSCRIPT ORDERED